UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
    THAMI I BENCHEKROUN  
    ENILDA REYNOSO  
        Debtor(s)

Case No. 09-32164

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/25/2009.

2) The plan was confirmed on 01/15/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/04/2011.

5) The case was converted on 04/13/2011.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $49,550.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,940.00 |
| Less amount refunded to debtor | $2,870.74 |

**NET RECEIPTS:** $3,069.26

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $287.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $287.11

Attorney fees paid and disclosed by debtor: $1,300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 507 THIRD OWNER LLC | Unsecured | 44,000.00 | 229,479.60 | 229,479.60 | 0.00 | 0.00 |
| ALPAT COLL | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 2,258.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK | Unsecured | 0.00 | 2,258.89 | 2,258.89 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 1,928.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 6,211.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 2,125.00 | 2,125.12 | 2,125.12 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | 1,587.28 | 1,587.28 | 0.00 | 0.00 |
| CHASE | Unsecured | 4,889.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 1,338.00 | 1,338.77 | 1,338.77 | 0.00 | 0.00 |
| CHASE CARDMEMBER SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI BANK/DFS | Unsecured | 4,054.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LP | Unsecured | 0.00 | 4,054.64 | 4,054.64 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 8,291.00 | 8,291.48 | 8,291.48 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 6,202.00 | 6,202.20 | 6,202.20 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 3,411.00 | 3,411.18 | 3,411.18 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 5,312.00 | 5,312.95 | 5,312.95 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 6,637.00 | 6,637.68 | 6,637.68 | 0.00 | 0.00 |
| FDS BANK/MACYS | Unsecured | NA | 190.07 | 190.07 | 0.00 | 0.00 |
| FIRST EQUITY CARD CORPORATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECCCC/PC RICHARDS | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| HOLY NAME HOSPITAL | Unsecured | 9,568.00 | 10,126.03 | 10,126.03 | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Secured | 359.99 | 168.34 | 168.34 | 168.34 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC/SONY | Unsecured | 3,872.00 | NA | NA | 0.00 | 0.00 |
| HSTN FUNDING | Unsecured | 3,872.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Unsecured | 100,123.00 | 101,070.81 | 101,070.81 | 0.00 | 0.00 |
| LHR INC | Unsecured | 15,195.00 | NA | NA | 0.00 | 0.00 |
| MBNA/BANK OF AMERICA | Unsecured | 2,525.00 | NA | NA | 0.00 | 0.00 |
| MERILL LYNCH/FIA CREDIT CARD SE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT | Unsecured | 1,630.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Unsecured | 1,893.00 | 1,893.67 | 1,893.67 | 0.00 | 0.00 |
| NATIONAL COMMERCIAL SRV. | Unsecured | 16,220.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL WHOLESALE LIQUIDATOR | Unsecured | 960.00 | NA | NA | 0.00 | 0.00 |
| NCO PORTFOLIO MANAGEMENT | Unsecured | NA | 468.16 | 468.16 | 0.00 | 0.00 |
| NEVADA PROFESSIONAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST FINANCIAL | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| NYS DEPARTMENT OF FINANCE, AUD | Priority | 600.00 | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK | Secured | 12,115.97 | 12,615.97 | 12,615.97 | 2,613.81 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 23,694.00 | 23,694.93 | 23,694.93 | 0.00 | 0.00 |
| PRESSLER AND PRESSLER | Unsecured | NA | 5,869.75 | 5,869.75 | 0.00 | 0.00 |
| RESURGENT ACQUISITION LLC | Unsecured | NA | 731.64 | 731.64 | 0.00 | 0.00 |
| REWARDS NETWORK ESTA | Unsecured | NA | 16,220.52 | 16,220.52 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 2,525.00 | 2,525.50 | 2,525.50 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 5,536.00 | 5,536.16 | 5,536.16 | 0.00 | 0.00 |
| VERIZON NEW JERSEY, INC. | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE DRIVES ASSOCIATES | Unsecured | NA | 15,239.09 | 15,239.09 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NJ INC | Unsecured | NA | 572.15 | 572.15 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $12,615.97 | $2,613.81 | $0.00 |
| Debt Secured by Vehicle | $168.34 | $168.34 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,784.31** | **$2,782.15** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$454,838.27** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $287.11 |
| Disbursements to Creditors | $2,782.15 |
| **TOTAL DISBURSEMENTS** : | **$3,069.26** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/26/2011                                        By: /s/ Marie-Ann Greenberg
                                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**