UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Narissa A. Joseph, Esq
Law Office of Narissa A. Joseph
277 Broadway, Suite 501
New York, New York 10007
212-233-3060
fax: 212-608-0304
Email: njosephlaw@aol.com

In Re:

Thami I. Benchekroun & Enilda Reynoso

FILED
JAMES J. WALDRON, CLERK
JUL 06 2011
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 09-32164

Chapter: 13

Judge: Donald H. Steckroth

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

7/6/11

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Law Office of Narissa A. Joseph_____, the applicant, is allowed a fee of $ ____2500.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____2500.00____. The allowance shall be payable:

    ☑    through the Chapter 13 plan as an administrative priority.

    ❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*